**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 95-1822**

―――――――――

MICHAEL R. ANGE,

Plaintiff - Appellant,

versus

TOGO D. WEST, JR., Secretary of the Army;
MICHAEL DECK, Captain, Commander, 1450th
Trans. Co.,

Defendants - Appellees,

and

NORTH CAROLINA NATIONAL GUARD,

Defendant.

―――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Fayetteville. Malcolm J. Howard,
District Judge. (CA-94-38-H3)

―――――――――

Submitted:  March 21, 1996          Decided:  March 29, 1996

―――――――――

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Michael R. Ange, Appellant Pro Se.  Charles Edwin Hamilton, III,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina; Gene
Allen Dickey, WOMBLE, CARLYLE, SANDRIDGE & RICE, Winston-Salem,
North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing this civil action as moot. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ange v. West, No. CA-94-38-H3 (E.D.N.C. Mar. 24, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED